■ The People of the State of New York, Respondent, v Anton Rogers, Appellant. [627 NYS2d 989] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Barasch, J.), rendered March 8, 1994, convicting him of murder in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., O'Brien, Ritter, Pizzuto and Florio, JJ., concur.

■ The People of the State of New York, Respondent, v Michael Scott, Appellant. [627 NYS2d 989] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Cooperman, J.), rendered October 6, 1993, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Appellate review of the issues raised by the defendant was effectively waived by him as part of his plea agreement *(see, People v Callahan,* 80 NY2d 273; *People v Seaberg,* 74 NY2d 1; *People v Torres,* 176 AD2d 417). Balletta, J. P., O'Brien, Altman and Krausman, JJ., concur.